

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Theo E.M. Gould
Shareholder
212.497.8489 Phone
646.417.7611 Fax
tgould@littler.com

May 11, 2026

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**    *Saidur Rahman v. Ducasse Holding Corp. et al.*, **Case No. 1:26-cv-01445-AS**

Dear Judge Subramanian:

Defendants Ducasse Holding Corp. ("Ducasse Holding") and BB at 55th & 5th, LLC ("Benoit") (together, "Defendants") write to request an adjournment of the initial pretrial conference currently scheduled for May 28, 2026. Defendants also request that the filing date for the joint letter described in the Court's Notice of Initial Pretrial Conference be adjourned to seven days before the rescheduled conference date.

The reason for this request is that I have a scheduling conflict on May 28 with trial dates in another matter. Specifically, I am scheduled to appear for hearings on May 26, May 27, May 28, June 2, June 3, June 4, June 9, June 10, June 11, June 22, June 25, and July 2. Plaintiff consents to this request. Plaintiff and Defendants propose that the conference be rescheduled to June 15 after 12:00 p.m. or to June 16.

Defendants also note that pursuant to the Court's Notice of Initial Pretrial Conference, the parties are scheduled to meet and confer regarding the possibility of early settlement no later than one week after an answer is filed and to exchange limited discovery in aid of settlement no later than three weeks after an answer is filed. Dkt. No. 6. Defendants' answer is currently due May 18, 2026. Dkt. No. 12. The requested adjournment would place the initial conference after the parties are scheduled to exchange limited discovery (June 8, 2026), which may facilitate a more productive discussion at the initial conference.

The initial pretrial conference is the parties' next scheduled appearance in this matter. This is the first request from Defendants for an adjournment of the initial pretrial conference.

We thank the Court for its time and consideration of this request.

Sincerely,

*/s/ Theo E.M. Gould*

Theo E.M. Gould

GRANTED. The conference is rescheduled to June 16 at 2 p.m. Dial in instructions remain the same. The required submissions will be due June 9. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 13, 2026

littler.com