UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Saidur Rahman,<br><br>                  Plaintiff,<br><br>      -against-<br><br>Ducasse Holding Corp. et al.,<br><br>                Defendants. | 26-CV-1445 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff's motion to compel, or in the alternative, for a conference, is DENIED. Lead counsel for both parties must first meet and confer to attempt to resolve the issues themselves. Only once that has happened and an impasse has been reached should issues be brought to the Court.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 24.

SO ORDERED.

Dated: June 24, 2026
      New York, New York

                                 ARUN SUBRAMANIAN
                         United States District Judge